## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  1:20-cv-24701-RNS

CARLOS BRITO,

      Plaintiff,

v.

PALM SPRINGS MILE ASSOCIATES,
LTD.; ROSS DRESS FOR LESS INC.; THE
TJX COMPANIES, INC.; WINN-DIXIE
STORES, INC.; AND DON PAN HIALEAH
585, LLC,

      Defendants.

_____/

## JOINT NOTICE OF SETTLEMENT WITH DEFENDANT, THE TJX COMPANIES, INC.

Plaintiff, CARLOS BRITO, and Defendant, The TJX Companies, Inc., hereby advise the Court that the parties have reached an agreement in principle to settle the instant case pending execution of a Settlement Agreement. The parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than 30 days from the date of this Notice.  Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and deadlines.

Respectfully submitted this 24 day of December, 2020.

| | |
|---|---|
| /s/ *Anthony J. Perez* | /s/ *Kevin M. Young* |
| ANTHONY J. PEREZ | KEVIN M. YOUNG |
| Florida Bar No.: 535451 | Florida Bar No.:  114151 |
| GARCIA-MENOCAL & PEREZ, P.L. | SEYFARTH SHAW LLP |
| 4937 S.W. 74th Court, Unit #3 | 1075 Peachtree Street, N.E. |
| Miami, FL 33155 | Suite 2500 |
| Telephone: (305) 553- 3464 | Atlanta, GA 30328 |
| Facsímile: (305) 553-3031 | (404) 885-6697 |
| Primary Email:  ajperezlaw@gmail.com; | Fax: (404) 724-1697 |
| aquezada@lawgmp.com | Email: kyoung@seyfarth.com |
| *Attorney for Plaintiff* | *Counsel for Defendant, The TJX Companies, Inc.* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court

by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to

all counsel of record on this 24, day of December, 2020.

Respectfully submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
4937 S.W. 74th Court, No. 3
Miami, FL 33155
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail: bvirues@lawgmp.com
aquezada@lawgmp.com;
crodriguez@lawgmp.com;

By:  */s/ Anthony J. Perez____*
     ANTHONY J. PEREZ
     Florida Bar No.: 535451