UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:20-cv-24701-RNS

CARLOS BRITO,

    Plaintiff,

v.

PALM SPRINGS MILE ASSOCIATES, LTD.; ROSS DRESS FOR LESS INC.; THE TJX COMPANIES, INC.; WINN-DIXIE STORES, INC.; AND DON PAN HIALEAH 585, LLC,

    Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, CARLOS BRITO, and Defendant, THE TJX COMPANIES, INC., having entered into a Settlement Agreement and Release that resolves all claims that were or could have been brought in this action, hereby stipulate to the dismissal of this matter with prejudice.

Dated: March 3rd, 2021.

| | |
|---|---|
| /s/ *Anthony J. Perez* | /s/ *Kevin M. Young* |
| ANTHONY J. PEREZ | KEVIN M. YOUNG |
| Florida Bar No. 535451 | Florida Bar No.: 114151 |
| GARCIA-MENOCAL & PEREZ, P.L. | SEYFARTH SHAW LLP |
| 4937 SW 74th Court, No. 3 | 1075 Peachtree Street, N.E. |
| Miami, Florida 33155 | Suite 2500 |
| E-Mail: ajperezlaw@gmail.com; aquezada@lawgmp.com | Atlanta, GA 30328 |
| Telephone: (305)553-3464 | (404) 885-6697 |
| Facsimile: (305) 553-3031 | Fax: (404) 724-1697 |
| *Attorney for Plaintiff* | Email: kyoung@seyfarth.com |
| | *Counsel for Defendant, The TJX Companies, Inc.* |