**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 1:20-cv-24701-RNS

CARLOS BRITO,

    Plaintiff,

v.

PALM SPRINGS MILE ASSOCIATES, LTD.; ROSS DRESS FOR LESS INC.; THE TJX COMPANIES, INC.; WINN-DIXIE STORES, INC.; AND DON PAN HIALEAH 585, LLC,

    Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT WITH DEFENDANT, DON PAN HIALEAH 585, LLC

Plaintiff, CARLOS BRITO, and Defendant, DON PAN HIALEAH 585, LLC advise the Court that the parties have reached an agreement to settle the instant case pending execution of a Settlement Agreement. The parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they expect to do no later than thirty (30) days from the date of this Notice. Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and deadlines in regards to Defendant, DON PAN HIALEAH 585, LLC.

Respectfully submitted this 12th, day of March, 2021.

| | |
|---|---|
| /s/ *Anthony J. Perez* | /s/ *Nelson Carmenate* |
| ANTHONY J. PEREZ | NELSON CARMENATES |
| Florida Bar No.: 535451 | Florida Bar No.: 22396 |
| **GARCIA-MENOCAL & PEREZ, P.L.** | **CARMENATES LAW FIRM, P.A.** |
| 4937 S.W. 74th Court, Unit #3 | 3905 NW 107th Avenue Suite 304 |
| Miami, Florida 33155 | Doral, Florida 33178 |
| Telephone: (305) 553- 3464 | Telephone: (786) 999-6472 |
| Facsímile: (305) 553-3031 | Facsimile: (786) 999-6473 |
| Primary Email: ajperezlaw@gmail.com; aquezada@lawgmp.com | E-Mail: nelson@carmenateslaw.com |
| *Attorney for Plaintiff* | *Counsel for Defendant, Don Pan Hialeah 585, LLC* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this 12th, day of March, 2021.

Respectfully submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
4937 S.W. 74th Court, No. 3
Miami, FL 33155
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail: aquezada@lawgmp.com;


By: /s/ Anthony J. Perez
       ANTHONY J. PEREZ