## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  1:20-cv-24701-RNS

CARLOS BRITO,

      Plaintiff,

v.

PALM SPRINGS MILE ASSOCIATES,
LTD.; ROSS DRESS FOR LESS INC.; THE
TJX COMPANIES, INC.; WINN-DIXIE
STORES, INC.; AND DON PAN HIALEAH
585, LLC,

      Defendants.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFEDNANT DON PAN HIALEAH 585, LLC

      Plaintiff, CARLOS BRITO, and Defendant, DON PAN HIALEAH 585, LLC., pursuant to

Fed. R. Civ. P. 41(a)(1)(A)(ii), having entered into a Settlement Agreement and Release that

resolves all claims that were or could have been brought in this action, hereby stipulate to the

dismissal of this matter with prejudice.

Dated: April 6, 2021.


/s/ *Anthony J. Perez*
ANTHONY J. PEREZ
Florida Bar No.: 535451

GARCIA-MENOCAL & PEREZ, P.L.
4937 S.W. 74th Court, Unit #3
Miami, FL 33155
Telephone: (305) 553- 3464
Facsímile: (305) 553-3031
Primary Email:  ajperezlaw@gmail.com;
aquezada@lawgmp.com
*Attorney for Plaintiff*

*/s/  Nelson Carmenate*
NELSON CARMENATES
Florida Bar No.:  22396

CARMENATES LAW FIRM, P.A.
3905 NW 107th Avenue Suite 304
Doral, Florida 33178
Telephone:  (786) 999-6472
Facsimile:  (786) 999-6473
E-Mail: nelson@carmenateslaw.com
*Counsel for Defendant, Don  Pan Hialeah 585, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the

Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by

CM/ECF to all counsel of record on this April 6, 2021.

Respectfully submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
4937 S.W. 74th Court, No. 3
Miami, FL 33155
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail: bvirues@lawgmp.com
aquezada@lawgmp.com;
crodriguez@lawgmp.com;

By: */s/ Anthony J. Perez*____
        ANTHONY J. PEREZ
        Florida Bar No.: 535451