**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CASE NO.: 1:20-CV-24701-SCOLA/GOODMAN

CARLOS BRITO,

    Plaintiff,

v.

PALM SPRINGS MILE ASSOCIATES, LTD.; ROSS DRESS FOR LESS INC.; THE TJX COMPANIES, INC.; WINN-DIXIE STORES, INC.; AND DON PAN HIALEAH 585, LLC,

    Defendants.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, CARLOS BRITO, and Defendant, PALM SPRINGS MILE ASSOCIATES LTD., hereby advise the Court that the parties have reached an agreement to settle this case as to the remediation to be performed only and will be filing a joint motion shortly requesting a settlement conference with the Magistrate Judge assigned to this case in order to address the resolution of the pending taxation of Plaintiffs attorney's fees and costs. Accordingly, the Parties respectfully request that the Court refer the case to the Magistrate Judge for a settlement conference to fully resolve the remaining issue of the Plaintiff's reasonable attorney's fees and costs.

**[REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]**

CASE NO.: 1:20-CV-24701-SCOLA/GOODMAN

Respectfully submitted this 11th day of May 2021.

| /s/ *Anthony J. Perez* | /s/ *Edwin Cruz* |
|---|---|
| ANTHONY J. PEREZ, ESQ. | EDWIN CRUZ, ESQ. |
| Florida Bar No.: 535451 | Florida Bar No. 55579 |
| GARCIA-MENOCAL & PEREZ, P.L. | SCOTT S. ALLEN, ESQ. |
| 4937 S.W. 74th Court, Unit #3 | Florida Bar No. 143278 |
| Miami, FL 33155 | JACKSON LEWIS P.C. |
| Telephone: (305) 553- 3464 | One Biscayne Tower, Suite 3500 |
| Facsímile: (305) 553-3031 | Two South Biscayne Boulevard |
| Primary Email:  ajperezlaw@gmail.com; | Miami, Florida 33131 |
| aquezada@lawgmp.com | Office: (305) 577-7604 |
|  | Fax#: (305) 373-4466 |
| *Counsel for Plaintiff* | Primary Email: |
|  | edwin.cruz@jacksonlewis.com |
|  | scott.allen@jacksonlewis.com |
|  | *Counsel for Defendant, Palm Springs Mile* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this 11th day of May 2021.

Respectfully submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
4937 S.W. 74th Court, No. 3
Miami, FL 33155
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail: bvirues@lawgmp.com
aquezada@lawgmp.com

By:  /s/ *Anthony J. Perez*_____
         ANTHONY J. PEREZ