**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.:  1:20-cv-24701-RNS

CARLOS BRITO,

      Plaintiff,

v.

PALM SPRINGS MILE ASSOCIATES,
LTD.; ROSS DRESS FOR LESS INC.; THE
TJX COMPANIES, INC.; WINN-DIXIE
STORES, INC.; AND DON PAN HIALEAH
585, LLC,

      Defendants.

_____/

## JOINT NOTICE OF SETTLEMENT AS TO DEFENDANT, WINN-DIXIE STORES, INC

      Plaintiff, CARLOS BRITO, and Defendant, WINN-DIXIE STORES, INC, hereby advise the Court that the parties have reached an agreement in principle to settle the instant case pending execution of a Settlement Agreement. The parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than 30 days from the date of this Notice.  Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and deadlines.

Respectfully submitted this 2nd day of June, 2021.

/s/ Anthony J. Perez                                    /s/ Susan Virginia Warner
ANTHONY J. PEREZ                                 SUSAN VIRGINIA WARNER
Florida Bar No.: 535451                             Florida Bar No.:  38205

GARCIA-MENOCAL & PEREZ, P.L.           FISHERBROYLES, LLP
4937 S.W. 74th Court, Unit #3               1221 Brickell Avenue
Miami, FL 33155                                   Suite 900
Telephone: (305) 553- 3464                  Miami, FL 33131
Facsímile: (305) 553-3031                   786-310-0637
Primary Email:  ajperezlaw@gmail.com;    Email:susan.warner@fisherbroyles.com
aquezada@lawgmp.com                       *Attorney for Defendant,  Winn-Dixie Stores,*
*Attorney for Plaintiff*                         *Inc.*

## <u>CRTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this 2nd, day of June, 2021.

Respectfully submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
4937 S.W. 74th Court, No. 3
Miami, FL 33155
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail: bvirues@lawgmp.com
aquezada@lawgmp.com;
crodriguez@lawgmp.com;

By: _/s/ Anthony J. Perez_____
        ANTHONY J. PEREZ
        Florida Bar No.: 535451