**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CASE NO.: 1:20-CV-24701-SCOLA/GOODMAN

CARLOS BRITO,

    Plaintiff,

v.

PALM SPRINGS MILE ASSOCIATES, LTD.; ROSS DRESS FOR LESS INC.; THE TJX COMPANIES, INC.; WINN-DIXIE STORES, INC.; AND DON PAN HIALEAH 585, LLC,

    Defendants.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, CARLOS BRITO ("Plaintiff"), and Defendant, PALM SPRINGS MILE ASSOCIATES, LTD ("PSMA"), (collectively the "Parties"), hereby stipulate that: (1) the Parties have settled all claims asserted against PSMA in the Complaint; (2) because there are no other claims remaining in this action, Plaintiff voluntarily dismisses the Complaint in this action in its entirety with prejudice; (3) the Parties shall bear their respective attorneys' fees, costs, and expenses except as otherwise provided for in the Parties' Settlement Agreement.

**REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK**

CASE NO.:  1:20-CV-24701-SCOLA/GOODMAN

Respectfully submitted this 24th day of June 2021.

| | |
|---|---|
| /s/ *Anthony J. Perez* | /s/*Edwin Cruz* |
| ANTHONY J. PEREZ, ESQ. | SCOTT S. ALLEN, ESQ. |
| Florida Bar No.: 535451 | Florida Bar No. 143278 |
| GARCIA-MENOCAL & PEREZ, P.L. | EDWIN CRUZ, ESQ. |
| 4937 S.W. 74th Court, Unit #3 | Florida Bar No. 55579 |
| Miami, FL 33155 | JACKSON LEWIS P.C. |
| Telephone: (305) 553- 3464 | One Biscayne Tower, Suite 3500 |
| Facsimile: (305) 553-3031 | Two South Biscayne Boulevard |
| Primary Email:  ajperezlaw@gmail.com; | Miami, Florida 33131 |
| aquezada@lawgmp.com | Office: (305) 577-7604 |
| | Fax#: (305) 373-4466 |
| *Counsel for Plaintiff* | Primary Email: |
| | edwin.cruz@jacksonlewis.com |
| | scott.allen@jacksonlewis.com |
| | |
| | *Counsel for Defendant, Palm Springs Mile Associates, LTD* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this 24th day of June 2021.

Respectfully submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
4937 S.W. 74th Court, No. 3
Miami, FL 33155
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail: bvirues@lawgmp.com
aquezada@lawgmp.com

By:  /s/ *Anthony J. Perez*
      ANTHONY J. PEREZ