**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 1:20-CV-24701-RNS

CARLOS BRITO,

    Plaintiff,

v.

PALM SPRINGS MILE ASSOCIATES, LTD.; ROSS DRESS FOR LESS INC.; THE TJX COMPANIES, INC.; WINN-DIXIE STORES, INC.; and DON PAN HIALEAH 585, LLC,

    Defendants.

_____/

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, CARLOS BRITO ("Plaintiff") and Defendant, WINN-DIXIE STORES INC., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), having entered into a Confidential Settlement Agreement and Release that resolves all claims that were or could have been brought in this action, hereby stipulate to the dismissal of this matter with prejudice.

Respectfully submitted this 16th day of August, 2021.

| | |
|---|---|
| /s/ *Anthony J. Perez* | */s/Susan Virginia Warner* |
| ANTHONY J. PEREZ | SUSAN VIRGINIA WARNER |
| Florida Bar No.: 535451 | Florida Bar No.:38205 |
| GARCIA-MENOCAL & PEREZ, P.L. | FISHERBROYLES, LLP |
| 4937 S.W. 74th Court, Unit #3 | 1221 Brickell Avenue |
| Miami, FL 33155 | Suite 900 |
| Telephone: (305) 553- 3464 | Miami, FL 33131 |
| Facsimile: (305) 553-3031 | 786-310-0637 |
| Primary Email: ajperez@lawgmp.com; | Email:susan.warner@fisherbroyles.com |
| dpereza@lawgmp.com | *Attorney for Defendant, Winn-Dixie* |
| *Attorney for Plaintiff* | *Stores, Inc.* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this 16th, day of August 2021.

        Respectfully submitted,

        **GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
4937 S.W. 74th Court, No. 3
Miami, FL 33155
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail: bvirues@lawgmp.com
dperaza@lawgmp.com

By: */s/ Anthony J. Perez*_____
     ANTHONY J. PEREZ